**Chadwick ARDY Demetrius**
FULL NAME

_____
COMMITTED NAME (if different)

**P.O Box 8101**
FULL ADDRESS INCLUDING NAME OF INSTITUTION

**San luis Obispo C.A 93409.**

**T-13047.**
PRISON NUMBER (if applicable)

PMW 550

**FILED**
**JAN 31 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ARDY D. Chadwick.**
PLAINTIFF,

v.

**San Diego Police Department**
DEFENDANT(S).

CASE NUMBER
**CV 08—0746 RMW (PR)**
to be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I was Beatting up By a San Diego Police officer with a Busted Ear Drum head injury To where now I have sezzus and lowyer Back pain, The cop Beat me Then he said he found Cockan on me in my right Pants Pocket's now. how could he found Dope in my pocket To where The pants I had on Didn't have any Pockets on Them. I am. Disability. and my lowyer made a fool out of me. My head injury's isnT getting any Better. The police got The wrong man. // I Even Told The Cop To get a DNA Test. He Didnt Do That. If you ask me He knew He got The wrong man He just had a Bad Day and wanted To put it out on some Body. But He really and Truely DID mest me up very Bady! What kind of human Beat up another man for no Crime now I would under stand if I did a crime I'll do The Time But I did nothing But I'm here.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                           Page 1 of 6

a. Parties to this previous lawsuit:
   Plaintiff _Chadwick ARDY Demetrius._

   Defendants _San Diego Police Department._

b. Court _Southern District court of California._

c. Docket or case number _C07-6248 Rmcw (PR)_
d. Name of judge to whom case was assigned _Ronald M. whYTE_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _it is still Pending_
f. Issues raised: _Im asking 3.15 million Dollers for pain and Suffering Doctor Bills. The caust of my DTelling Shop which is now close Because of This lieing arrest._
g. Approximate date of filing lawsuit: _June of 05_
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed?  ☐ Yes  ☒ No

   If your answer is no, explain why not _I heard nothing From Them yet about it_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _ARDY Demetrius Chadwick_
(print plaintiff's name)
who presently resides at _P.O Box 8101 San luis obispo CA 93409_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_San Diego Police Department, 15th and Island San Diego_
(institution/city where violation occurred)


on (date or dates) **June of 05** , _____ , _____ .
                            (Claim I)                   (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Officer Hall.** resides or works at
   (full name of first defendant)
   **San Diego Police Department T.8.**
   (full address of first defendant)
   **Drugs Task force Team.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   He ask me To help him buy some Drugs I Told him No. He walk off To The other side of The street some Body Else Dip it

2. Defendant **Don'T Know his Name** resides or works at
   (full name of first defendant)
   **San Diego Police Department.**
   (full address of first defendant)
   **On Duty Cop.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   He ask me if my name was Melvan I Told him no He Told me get on The curb I did, get on The fince He Hit me.

3. Defendant **David raven** resides or works at
   (full name of first defendant)     **220 West Broadway. S.D C.A**
   **Down Town San Diego Court apeal lawyer. 92101**
   (full address of first defendant)
   **Court apeal lawyer.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   He lie To me about The Deal I Told him I wanted To go To trile He said no we are not going To trile He Did not Fight for me They put some white man. who I never seen in my life, and said He was my Crimey and I don't know This man I was fram I did no Crime, cop Beat up The wrong man.

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                                Page 3 of 6

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

He DiDnT read me my rights false arest. getting Beat up By Police Excessive force. Busted my right ear Drum. head injury lower Back. The cop ask me To help him fine Drug's I Told him No He Left and went accrost The street He had another man who go By The name shorty He gave money To him not me.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) officer Hall ask me To help him fine some Drug's. (2) I told him No. (3) officer Hall Them walks accrost The street sat Down on The side walk. (4) shorty walk Down The Hill from the Trolley. (5) officer Hall stop him. (6) They Talk about 45 mints (7) officer Hall gave shorty some money (8) Shorty goes To The Bridge and was gone about 5 min. (9) come Back Putting Things into his Pocket walk accrost The street (10) sit Down next To officer Hall (11) Put something into officer Hall hand. He look suprise. gave shorty some more money. (12) officer Hall goes one way shorty went The other. (13) Saw a Black and white on The corner (14) I said shorty DiD o Buy and Bust. (15) instead He going for him He came stright for me. (16) The cop get The car To me and The panger window was Down and ask me if I was melvan. (17) I Told him No Im Not,

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am asking I be paid for Damage to my head Ear Drum lawyer Back. I am also asking money damage for the lost of my D-Telling Shop. The pain and stress I went Threw The lie That The San Diego police officer had Told The judge To put me in jail away from my family. Cause me to have a Divorse. and now I will be in and out of The Doctor office. I want my record sponge I shouldn't be here. They lie on me. my lawyer David racken lie To get me here I wanted To go to Trile He Told me No. I'm going to get him By The news.

I want officer Hall and The other police officer to lose There Bags.

I am asking for 3.15 million Dollars I Did nothing wrong. I'm a man if I did a Crime I would Do The Time. But I Did nothing wrong The got and Beat up The wrong man. If I would of went Back To Drug's I would ask him for help. I Told Them Take Blood Take a Pee. DNA They Did nothing. I had Blood coming from me But They Did No Kind of DNA Testing.

They were wrong for what They Did To me and no I want The world To know These cop's will Beat you up. Very Badly.

1/12/08
(Date)

Chadwick ARDY Demetrius
(Signature of Plaintiff)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDY D. CHADWICK, CDCR #T-13047,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO POLICE DEPARTMENT,<br><br>Defendant. | Civil No.  08-0063 JAH (WMc)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(a)**<br><br>[Doc. No. 2] |

Ardy Chadwick ("Plaintiff"), a state prisoner currently incarcerated at the California Men's Colony located in San Luis Obispo, California, and proceeding pro se, has submitted a civil rights Complaint pursuant to 28 U.S.C. § 1983.

Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2].

## I.   MOTION TO PROCEED IFP

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C.

1  § 1915(a). See *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*,
2  169 F.3d 1176, 1177 (9th Cir. 1999). Prisoners granted leave to proceed IFP however, remain
3  obligated to pay the entire fee in installments, regardless of whether the action is ultimately
4  dismissed for any reason. See 28 U.S.C. § 1915(b)(1) & (2).

5  Prisoners seeking leave to proceed IFP must also submit a "certified copy of the trust fund
6  account statement (or institutional equivalent) for the prisoner for the 6-month period
7  immediately preceding the filing of the complaint...." 28 U.S.C. § 1915(a)(2). From the
8  certified trust account statement, the Court must assess an initial payment of 20% of (a) the
9  average monthly deposits in the account for the past six months, or (b) the average monthly
10 balance in the account for the past six months, whichever is greater, unless the prisoner has no
11 assets. See 28 U.S.C. § 1915(b)(1), (4); see also *Taylor v. Delatoore*, 281 F.3d 844, 850 (9th
12 Cir. 2002). Thereafter, the institution having custody of the prisoner must collect subsequent
13 payments, assessed at 20% of the preceding month's income, in any month in which the
14 prisoner's account exceeds $10, and forward those payments to the Court until the entire filing
15 fee is paid. See 28 U.S.C. § 1915(b)(2).

16 While Plaintiff has filed a Motion to Proceed IFP in this matter pursuant to 28 U.S.C.
17 § 1915(a), he has not attached a certified copy of his prison trust account statement for the 6-
18 month period immediately preceding the filing of his Complaint. See 28 U.S.C. § 1915(a)(2);
19 S.D. CAL. CIVLR 3.2. Section 1915(a)(2) clearly mandates that prisoners "seeking to bring a
20 civil action ...without prepayment of fees ... *shall* submit a certified copy of the trust fund
21 account statement (or institutional equivalent) ... for the 6-month period immediately preceding
22 the filing of the complaint." 28 U.S.C. § 1915(a)(2) (emphasis added).

23 Without Plaintiff's trust account statement, the Court is simply unable to assess the
24 appropriate amount of the filing fee required to initiate this action. See 28 U.S.C. § 1915(b)(1).
25 Therefore, Plaintiff's Motion to Proceed IFP must be DENIED.
26 ////
27 ////
28 ////

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Chadwick HARDY
CDCR #: F13647  Cell #: 73/20

**STATE PRISON
GENERATED MAIL**

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

US POSTAGE $00.92 — JAN 28 2008 — MAILED FROM ZIPCODE 93401

Richard W. Wieking
c/o United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FSP41-0077-1