FILED

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

2008 MAR 18 P 4 08

Richard W. Wieking
Clerk

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

February 29, 2008

General Court Number
408.535.5364



FILED
MAR - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk's Office, U.S. District Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101-8900

'08 CV 0423 L RBB

RE: CV 08-00746 RMW  ARDY D CHADWICK-v-SAN DIEGO POICE DEPT

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

DIANE MIYASHIRO

by: Diane Miyashiro
Case Systems Administrator

Enclosures
Copies to counsel of record

February 29, 2008

> These instructions are for internal court use only.

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.